**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Samuel J. Burleson v. Tracy D. Puckett, et al

Appellate case number:   01-17-00566-CV

Trial court case number:  1728210

Trial court:                      12th District Court of Walker County

Although the court reporter filed an info sheet stating that no reporter's record was taken, the clerk's record has yet to be filed due to nonpayment. Appellant has filed a statement of inability to pay costs on appeal and an additional affidavit complying with the requirements for inmate litigation under Chapter 14 of the Civil Practice and Remedies Code. Upon due consideration of appellant's statement of inability to pay costs on appeal, the Clerk of this Court is **ORDERED** to deem appellant indigent and allowed to proceed on appeal without advance payment of costs.

Accordingly, we **ORDER** the district clerk to file the clerk's record at no cost to appellants **within 30 days of the date of this Order**. Because appellant is proceeding pro se, the district clerk is further **ORDERED** to mail a copy of the clerk's and the indigent clerk's records to the appellant **within 30 days** of the date of this Order, at no cost to appellant, and shall further certify to this Court the date that the record was mailed **within 40 days** of the date of this Order.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                              Acting individually

Date: March 1, 2018